# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-**___00288-HZ_____ |
| v. | **INFORMATION** |
| **CHRISTINE LISA MARGAUX** | **41 C.F.R. § 102.74.385** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102.74.385)**

On or about July 30, 2020, in the District of Oregon, the defendant **CHRISTINE LISA MARGAUX** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal Courthouse and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: July 30, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s Parakram Singh*_____
Parakram Singh, OSB #134871
Assistant United States Attorney