# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00288-HZ** |
| **v.** | **ORDER DISMISSING INFORMATION WITH PREJUDICE** |
| **CHRISTINE LISA MARGAUX,** | |
| **Defendant.** | |

This matter, having come before the Court on the government's motion to dismiss with prejudice the Information, charging the defendant with violating 41 C.F.R. § 102.74.385, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court being fully advised:

IT IS HEREBY ORDERED that the Information, charging the defendant with violating 41 C.F.R. § 102.74.385 in the above-captioned matter is DISMISSED with prejudice.

Dated: February 22, 2021

_Marco Hernandez_
HONORABLE MARCO A. HERNÁNDEZ
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

_s/ Parakram Singh_
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney

**Order Dismissing Information**                                    **Page 1**